IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 04-CR-00061-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOUSEF NAJEER SHALLENBERGER,

    Defendant.

_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on the supervised release violation will be held **June 20, 2011, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: May 17, 2011

    Jane Trexler, Judicial Assistant/Deputy Clerk